**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In Re: Roger W. Seehafer,<br><br>Petitioner. | Civil Action No. 1:13-cv-8561 |

**Addendum to:
Fed. R. Civ. P. 27 Petition to Perpetuate the Testimony of Petitioner Roger W. Seefhafer**

Petitioner Roger W. Seehafer hereby incorporates the attached Affidavit of Roger Seehafer, signed and notarized on November 26, 2013, as part of Petitioner's Fed. R. Civ. P. 27 Petition. Petitioner respectfully requests that the Court consider this affidavit in its review of the petition.

Dated: December 6, 2013.

   s/ Michael P. Cascino
Attorney for Plaintiff

Michael P. Cascino
Robert G. McCoy
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, Illinois 60607
(312) 944-0600
(312) 944-1870 (fax)
ecf.cvlo@gmail.com
bmccoy@cvlo.com

State of Wisconsin )
) AFFIDAVIT
County of Wood )

Roger Seehafer, having been duly sworn on oath states as follows:

1. I am over the age of 18. I am of sound mind, and I am fully competent to testify to the matters stated herein. I have never been convicted of any felony or crime of moral turpitude. I have personal knowledge of the facts stated herein, and such facts are true and correct.

2. I am currently a resident of Marshfield, Wood County, Wisconsin.

3. I am a 77-year-old male. My understanding from my doctors of my medical condition is I have mesothelioma from asbestos.

4. I have been advised by my attorneys that my deposition testimony may be essential to my anticipated case. Due to the exigent circumstances of my diagnosis and declining health, I ask the Court to order my oral and videotaped deposition testimony for use in an anticipated suit in which I expect to be a party.

5. I am currently capable of giving deposition testimony. Given my rapidly deteriorating health, I may not be able to give testimony in a deposition setting in the near future. My health has already deteriorated to an extent that many routine activities have become difficult or impossible, and it may only be a matter of weeks before I am no longer capable of giving testimony due to my declining health.

6. My testimony is material to the presentation of my anticipated case. My deposition testimony will concern my job dates, my exposure to asbestos in the workplace, my health and suffering, and my personal understanding of the dangers of asbestos.

7. I may be the sole witness with knowledge of many of the situations in which I was exposed to asbestos.

8. I have not brought or been a party to a law suit that arises out of the facts that are the subject of this petition.

I declare under penalty of perjury
the foregoing is true and correct.

Executed on _11/26_, 2013

_[signature]_
NAME HERE

On November 26, 2013, before me, a Notary Public, personally appeared Roger Seehafer, personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal.

*Tammy J. Leichtman*
Notary Public

My commission expires 11-23-2014